[No. 13289–3–II.  Division Two.  November 9, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO M.
GUTIERREZ–REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 89–1–01965–7, J. Kelley Arnold, J., entered
October 12, 1989. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.